Jesse S. Johnson (pro hac vice)
Florida Bar No. 69154
GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487
Telephone: 561-826-5477
jjohnson@gdrlawfirm.com

*Counsel for Plaintiff and the proposed class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Christopher Grantham, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CASE NO. 2:21-cv-00982-MTL |
| | § | |
| Hammerman & Hultgren, P.C., | § | |
| Defendant. | § | |

**NOTICE OF SETTLEMENT**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

   Plaintiff hereby notifies the Court that the parties have reached a settlement. Plaintiff requests thirty days to file an appropriate request for dismissal.

                                        Respectfully submitted,

                              /s/ Jesse S. Johnson
                                  Jesse S. Johnson

                                  ATTORNEY FOR PLAINTIFF